UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -5  AM 10: 13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA, )
                          )  Magistrate Case No.
           Plaintiff,     )  '08 MJ 2420
                          )
      v.                  )  COMPLAINT FOR VIOLATION OF:
                          )
Hipolito CRUZ SAN JUAN    )  Title 8, U.S.C., Section 1326;
AKA: Juan DIONICIO        )
                          )  Deported Alien Found in the
                          )  United States
           Defendant.     )
                          )
                          )
                          )

The undersigned complainant, being duly sworn, states:

On or about, **August 1, 2008**, within the Southern District of California, defendant, **Hipolito CRUZ SAN JUAN, AKA: Juan DIONICIO**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer, Lisette Guzman
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **August 2008.**

_____
UNITED STATES MAGISTRATE JUDGE
Ruben B. Brooks



## PROBABLE CAUSE STATEMENT

On August 1, 2008, the defendant identified as **Hipolito CRUZ SAN JUAN, AKA: Juan DIONICIO** was arrested by the Escondido Police Department for violation of Penal Code 647 (f) "Drunk in public" and Penal Code 3056 " Parole Violation". An Immigration Enforcement Agent subsequently determined the defendant to be a citizen and national of Mexico present in the United States in violation of law and placed an Immigration detainer (Form I-247) pending his release from custody.

On August 4, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Hipolito CRUZ SAN JUAN, AKA: Juan DIONICIO** has been ordered removed from the United States by an Immigration Judge on or about August 31, 2004 and removed to Mexico, via the Calexico, Port of Entry on September 1, 2004. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Hipolito CRUZ SAN JUAN, AKA: Juan DIONICIO** a citizen and national of Mexico.